IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, AS SUBROGEE OF AIRGAS, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | Civil Action No.: 1:05cv1205-F |
| WAGON WORKS TRUCK & TRAILER REPAIR, | ) ) ) ) | DEMAND FOR JURY TRIAL |
| Defendants. | ) | |

## COMPLAINT

1. The Plaintiff American Home Assurance Company is a corporation having its principal place of business in New York. It is incorporated under the laws of New York.

2. The Defendant Wagon Works Truck & Trailer is an Alabama business.

3. The Plaintiff is a domicile of the state of New York and incorporated under the laws of New York having its principal place of business in the state of New York and the Defendant is an Alabama resident with its principal place of business in the state of Alabama. The matter in controversy exceeds, exclusive of interest and cost, the $75,000.00 as specified by 28 U.S.C. § 1332. Pursuant to 28 U.S.C. § 1332 this Court has subject matter jurisdiction over the claims causes and parties.

4. The Defendant does business in this District and division.

### I. CLAIM FOR NEGLIGENCE

5. On or about January 5, 2004, Terry Richardson was traveling northbound on Interstate 65 near Birmingham, Alabama.

6.  Mr. Richardson was an employee of Southeast Airgas, Inc. and driving a 2004 Mack truck, model CH6.

7.  While traveling on Interstate 65, a wheel assembly on the trailer he was pulling failed and disconnected from the axle and traveled across the interstate.

8.  The wheel assembly went into oncoming traffic where it came into contact with another tractor trailer being driven by Mr. Dale Beahling.

9.  As a result of these events, Mr. Beahling suffered damages to his vehicle and goods which included 42,000 pounds of perishable boxes of cheese.

10. As a result of the accident, a portion Mr. Beahling's cargo was damaged and rendered nonusable.

11. At the time of this accident, there was in place a policy of insurance between Plaintiff, American Home Assurance Company and Southeast Airgas, Inc.

12. As a result of this accident, a claim was made against Southeast Airgas, Inc. which was paid by their insurer, American Home Assurance Company, in the amount of $81,961.58.

13. Plaintiff avers that this accident and resulting claim resulted from the negligence of the Defendant, when, on August 22, 2003, Wagon Works Truck & Trailer Repair negligently performed maintenance on the trailer involved in the accident.

14. This maintenance involved the removal and disassembly of the wheel assembly in question as well as the replacement of the front axle bearings and races and other maintenance.

15. No other entities performed any service or maintenance on the trailer during the time in between this service and the accident.

16. The accident in question arose from Defendant's negligent maintenance, repair and/or reassembly of the wheel assembly on August 22, 2003.

17. The Defendant did not properly seat the outer bearing cone against the hub shoulder when re-assembling the front right wheel assembly of the trailer.

18. This negligent repair resulted in movement of the cone within the hub which prevented proper bearing operation in the assembly, thereby leaving too much space between the inner and outer bearings.

19. This condition allowed for accelerated wear on the bearing and build up of heat which eventually resulted in the failure of the wheel assembly.

20. As a result of Defendant's negligent or wanton maintenance, repair, and/or assembly, the wheel assembly connections failed, causing the above referenced accident and causing the Plaintiff to incur damages in the amount of $81,961.58.

21. Plaintiff, American Home Assurance Company, as subrogee of the claim against Southeast Airgas, Inc., suffered damages by and through the conduct of the Defendant in its negligent maintenance and repair of the wheel assembly in question.

22. By reason of the Defendant's conduct described above, and because of the injuries suffered by the Plaintiff, the Plaintiff requests relief for compensatory damages in the amount of $81,961.58 through judgment against the Defendant, as well as any other remedy the Court deems appropriate, including prejudgment interest in the amount defined by Alabama law from the earliest permissible date and any reasonable attorney's fees, interest, and cost.

_____
Joseph R. Duncan, Jr.        (ASB-8851-H35D)
Attorney for Plaintiff

**OF COUNSEL:**

HUIE, FERNAMBUCQ AND STEWART
Three Protective Center
2801 Hwy 280 South
Suite 200
Birmingham, Alabama 35223
Telephone: (205) 251-1193
Facsimile: (205) 251-1256

**TRIAL BY STRUCK JURY DEMANDED**

**Defendant Wagon Works Truck & Trailer to be served via certified mail at:**

**Wagon Works Truck & Trailer Repair**
**479 Ross Clark Circle**
**Dothan, Alabama 35303**

00984943.1/1884-0006