

Wagon Works Truck & Trailer Repair
479 Ross Clark Circle
Dothan,

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

AMERICAN HOME ASSURANCE COMPANY,
AS SUBROGEE OF AIRGAS, INC.

V.

WAGON WORKS TRUCK & TRAILER REPAIR

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv1205-F

TO: (Name and address of Defendant)

WAGON WORKS TRUCK & TRAILER REPAIR
479 Ross Clark Circle
Dothan, Alabama 35503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph R. Duncan, Jr., Esq.
HUIE FERNAMBUCQ & STEWART
Three Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL 35233

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  12/28/05