AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 8, 2006 |
| NAME OF SERVER (PRINT) | TITLE |
| Joseph Duncan | Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Wagon Works Truck & Trailer Repair
479 Ross Clark Circle
Dothan, AL 35503

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/8/06
          Date

Signature of Server

Thrul Protective Center
2801 Hwy 280 S., Ste 200
Birmingham, AL 35223
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

﹛AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

AMERICAN HOME ASSURANCE COMPANY,
AS SUBROGEE OF AIRGAS, INC.

V.

WAGON WORKS TRUCK & TRAILER REPAIR

ALIAS
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv1205-F

TO: (Name and address of Defendant)

WAGON WORKS TRUCK & TRAILER REPAIR
479 Ross Clark Circle
Dothan, Alabama 35503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph R. Duncan, Jr., Esq.
HUIE FERNAMBUCQ & STEWART
Three Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL 35233

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              1/25/06
CLERK                                           DATE

(By) DEPUTY CLERK