In The United States District Court
Middle District of Alabama
Southern Division

2006 MAR -1 P 2:24

American Home Assurance
Company
As Subrogee of Airgas Inc.
    Plaintiff                            Civil Action No:

vs.                                       1:05CV1205-WKW

Wagon Works Truck &    (P.O. Box 87
Trailer Repair.           Dothan, AL. 36302)
    Defendants

## Answer

I, Robert Dowie Owner of Wagon Works Truck & Trailer Fully Deny the complaints in this Civil Action.

*Note* I would also like it to be documented that the plaintiff's Attorney (Joseph R. Duncan Jr. Esq.) ASB-8854-H35D came to my place of business & served this summons on me and questioned me as to what I owned, wanted to know who my insurance company was and looked around my place of business. It's my understanding that this type of behavior is very improper for a plaintiff attorney and this court should be notified.

                                     Robert Dowie 2/25/06
                 Thank You Sincerely
                                    Robert Dowie