**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 2, 2006

## NOTICE OF DEFICIENCY

To:   J. Conaway
From:   Clerk's Office

**Case Style:  American Home Assurance Company v. Wagon Works Truck & Trailer Repair**

**Case Number:1:05-cv-01205-WKW**
**Referenced Pleadings: Answer 7**

**The above referenced pleading was filed on 3/1//06 in accordance with amended Federal Rules of Civil Procedure 5(a).**

**The referenced pleadings did not contain a certificate of service page showing that you have served the opposing side a copy of this document.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional means the original certificate of service page with your original signature with your address and date.**

```
If there are any questions, the defendant may call our office.
```

**PLEASE DO NOT E-FILE THESE DOCUMENTS.**