IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, AS SUBROGEE OF AIRGAS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> WAGON WORKS TRUCK & TRAILER REPAIR, <br><br> Defendants. | Civil Action No.: 1:05cv1205-WKW |

### REPORT OF PARTIES PLANNING MEETING

1.  Pursuant to Federal Rules of Civil Procedure 26(f) and this Court's order, Plaintiff has attempted to contact Defendant, Wagon Works, to conduct the required Parties' Plainning Meeting. Plaintiff's attempts to contact Defendant has not been responded to, and on the most recent attempts, Plaintiff learned that Defendant's phone has been disconnected. No forwarding information has been provided, and there are no listing for Wagon Works, or any related companies, in the Dothan, Alabama, area. Defendant does not accept mail at the last known address of Wagon Works. Plaintiff has sent correspondence to Defendant via a known Post Office Box, but no response has been received in regard to the same. Given the inability to communicate with Defendant, Plaintiff now files this report as a proposed scheduling order.

2.  Pre-Discovery Disclosures. The parties will exchange by May 12, 2006 the information required by Federal Rules of Civil Procedure 26(a)(1).

3.  Discovery Plan. Defendant proposes to the court the following discovery plan:

- Discovery will be needed on all facts and issues raised in the parties' pleadings.
- All fact discovery commenced in time to be completed by December 15, 2006;

- All expert discovery commenced in time to be completed by March 15, 2007

    Maximum of 40 interrogatories by each party to any other party. Responses due 45 days after service.

    Maximum of 10 requests for admission by each party to any other party. Responses due 45 days after service.

    Maximum of 30 requests for production of documents by each party to any other party. Responses due 45 days after service.

    Maximum of 10 fact depositions by plaintiff(s) and 10 fact depositions by defendant(s). Each deposition limited to maximum of 8 hours unless extended by agreement of the parties.

- Reports from retained experts under Rule 26(a)(2) due:

    Plaintiff(s):    November 15, 2006

    Defendant(s):    December 15, 2006

    Supplementations under Rule 26(e) due by 30 days after the need for supplementation becomes apparent.

    4.  Other items. Defendant does not request a conference with the court before entry of the scheduling order.

- The parties request a pretrial conference in March 2007.

- Plaintiff(s) should be allowed until November 15, 2006 to amend the pleadings or add additional parties.

- Defendants should be allowed until November 15, 2006 to amend the pleadings or add additional parties.

- All potentially dispositive motions should be filed by April 15, 2007.

- Settlement cannot be evaluated prior to August 15, 2006.

- Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from all parties by 30 days prior to trial.

- Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

- This case should be ready for trial by May 2007 and at this time is expected to take approximately three (3) days.

Date: 4/14/06

_____
Stanley A. Cash
Joseph R. Duncan, Jr.
Attorneys for Plaintiff
American Home Assurance Company, as subrogee of Airgas, Inc.

OF COUNSEL:

HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South
Suite 200
Birmingham, Alabama 35223-2484

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all attorneys of record by placing a copy of same in the United States Mail, postage paid on this the 14th day of April, 2006, to:

Robert Dowie
Wagon Works Truck & Trailer Repair
P.O. Boc 87
Dothan, AL 36303

_____
OF COUNSEL

00984943.1/1884-0006