IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, as subrogee of Airgas, Inc., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    CASE NO. 1:05-CV-01205-WKW |
| | ) |
| WAGON WORKS TRUCK & TRAILER REPAIR, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 18th day of April, 2006.

                                                   /s/ W. Keith Watkins
                                                   UNITED STATES DISTRICT JUDGE