IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, AS SUBROGEE OF AIRGAS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>WAGON WORKS TRUCK & TRAILER REPAIR,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:05cv1205-WKW<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ORDER OF DISMISSAL

Comes now the Plaintiff, American Home Assurance Company, as subrogee of Airgas, Inc., and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby requests that this Court issue an Order of Dismissal pursuant to Rule 41(a)(2) for all pending claims against Wagon Works Truck & Trailer Repair. Plaintiff has determined that pursuing this matter would be frustrated by the Defendant's lack of assets and would only act as misuse of the Court's judicial economy.

Respectfully submitted,

/s/ Stanley A. Cash
Stanley A. Cash
Joseph R. Duncan, Jr.
Attorneys for Plaintiff
American Home Assurance Company,
as subrogee of Airgas, Inc.

OF COUNSEL:

HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South
Suite 200
Birmingham, Alabama 35223-2484

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing pleading on all attorneys of record by placing a copy of same in the United States Mail, postage paid on this the 23rd day of May, 2006, to:

Robert Dowie
Wagon Works Truck & Trailer Repair
P.O. Box 87
Dothan, AL 36303

                                                    /s/ Stanley A. Cash
                                                    OF COUNSEL