IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE CO., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:05cv1205-WKW |
| | ) |
| WAGON WORKS TRUCK & | ) |
| TRAILER REPAIR, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

This matter is presently set for a scheduling and status conference on May 26, 2006. On May 23, 2006, the plaintiff filed motion to dismiss (doc. # 13). Accordingly, it is

ORDERED that the status and scheduling conference presently set for 10:30 a.m. on May 26, 2006, be and is hereby CANCELED.

Done this 24th day of May, 2006.

                                      /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE