IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, *as Subrogee of Airgas, Inc.* | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:05-cv-1205-WKW ) |
| WAGON WORKS TRUCK & TRAILER REPAIR, | ) ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Pursuant to the Plaintiff's Motion for Order of Dismissal (Doc. #13) filed May 23, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 25th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE